RECEIVED
DEC 22 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

RENELL L WOOTEN
25628-056
USP
PO BOX 1000
LEWISBURG, PA
17837

NATURE OF COMPLAINT:

FBOP STAFF ARE DETERMIN TO CONTINUE HARASSING ME, CONSPIREING WITH INMATES TO ASSAULT ME, FRAME ME, AND SET ME UP. THIS IS ONGOING RETALIATION. THIS ISSUE DATES BACK TO 3-2013, USP FLORENCE AND HAS NEVER CEASE.

ON APPROX: 8-19-14, VENCIENT EVILSIZER MOOVED IN THE CELL WITH ME ON X BLOCK. V.E. WAS ENPLOYED BY STAFF. V.E. MADE STATEMENTS TO SUGGEST HE WAS ENPLOYED BY STAFF. WHEN V.E. FIRST MOOVED IN THE CELL HE STATED, "ITS SOMETHING I FORGOT TO TELL YOU, IM A PLAYER." ALSO HE ONCE SLIPPED AND STATED (WHILE THINKING ALOUD), "WHEN THE GOVERMENT (STAFF) OFFER YOU SOMETHING YOU GOT THAT COMEING." WHEN I QUESTIONED HIM ON THAT, HIS EYES GOT BIG AS HE STRUGGLED FOR WORDS TO COVER WITH. V.E. ATTEMPTED TO SUGGEST THAT I SAVATAGE MYSELF; BY SUGGESTING THAT I PREACH RADICAL ISLAM. HE STATED IT COULD GET YOU IN A BETTER PRISON WHERE STAFF DONT BOTHER YOU AND YOU GET TO CELL ALONE. FOR THE RECORD I DO NOT SUBSCRIBE TO RADICAL ISLAM. RADICAL ISLAM IS WHAT V.E. SUBSCRIBES TO. V.E. ALSO TRYED TO TALK ME INTO ALLOWING ANOTHER INMATE TO SEND MONEY TO MY ACCOUNT OR FAMILY.

11-5-14 APPROX. VENCIENT EVILSIZER WENT TO ALLENWOOD.

11-7-14 - OFFICERS HESS AND PIZOLLI, I SUSPECT CONSIRED TO SET UP A RECREATION CAGE ASSAULT ON ME. ONE OF THE RECREATION OFFICERS WAS TIPED BY HESS TO WHAT

WAS ABOUT TO HAPPEN. WHEN THAT RECREATION OFFICER WAS IN FRONT OF MY CELL, HESS STATED TO HIM "EMERGENCY" IN CAGE BLANK (MY CAGE THAT MORNING). I THEN CANCLED REC.

11-10-14 APPROX. SONNY SHIELDS MOOVED INTO THE CELL WITH ME ON (J2 BLOCK). HE IS PRESENTLY MY CELLY. HE IS ENPLOYED BY STAFF. HE STATED ON 11-25-14 WHAT HE WAS PROMISED BY HIS ENPLOYER. ON @ 11-25-14 HE STATED, "S.I.S" TOLD ME THEY WILL SEND ME WHERE I WANA GO", "THEY ASK ME WHERE YOU WANA GO". A STATEMENT S.S. MADE ON 12-1-14 INDICATES EXACTLY WHO ENPLOYED HIM, I BELIEVE. ON 12-1-14 ME AND S.S. WERE LIVEING IN 216 CELL; INMATE GREEN WAS LIVEING IN 209; AT THIS TIME S.S. DIDNT THINK I WAS AWARE WHAT HE WAS UP TO, ALSO HE THOUGHT I WAS LISTENING TO MY RADIO. S.S. STATED TO GREEN (056, KINSTON, N.C.), ON THE DOOR, "YOU GONE BEAT HIM UP" (HIM = ME). GREEN SAID NO HE WAS GOING TO GAME ME. S.S. THEN DIRECTED HIM TO GO TO THE "SUPER VISOR OF S.I.S".

S.S. ATTEPTED TO SUGGEST THAT I SAVATAGE MYSELF BY TRYING TO SALE ME THE IDEA IF I LET HIM SHOW ME HOW TO DECLARE MY SELF SOVEREIGN I COULD GET OUT OF PRISON. IT SEEMS EVILSIZER AND SHIELDS WERE TRAINED AND COACHED BY THE SAME PERSON. S.S. IS ALSO RESPONSIBLE FOR HAVEING A FRAUDGLENT MONEY WIRE SENT TO MY ACCOUNT. THE WIRE WAS MADE TO MY ACCOUNT ON 11-24-14 VIA MONEY GRAM. Its FRAUD BECAUSE It WAS DONE IN A MEMBER OF MY FAMILY NAME.

ITS FRAUD BECAUSE IT WAS DONE IN A MEMBER OF MY FAMILY NAME. THE ACCOUNT NUMBER IS 33414328. S.S. ALSO RECEIVED A MONEY WIRE ON 11-24-14 VIA WESTERN UNION. I CAN TELL BY THE ACCOUNT NUMBER ON HIS RECEIPT HE IS RESPONSIBLE. S.S. GOT MY FAMILY MEMBER WHOS NAME THE WIRE WAS DONE IN FROM STAFF. ON 12-8-14 S.S. TRYED TO GET THE BLADE OF A RAZOR FROM THE SHOWER. HE WAS UNSUCESSFUL THE BLADE BROKE IN HALF AND WENT DOWN THE DRAIN OF THE SHOWER. OFFICER SIMMONS DIDNT WRITE HIM UP.

IS S.S. NEXT ASSIGNEMENT TO PLANT A RAZOR ON ME? I WAS TOLD BY STAFF THEY PROSECUTE RAZORS IN LEWISBURG.

10-24-14, I wrote Tiffany Swinson friend, PO Box, Raleigh, NC
12-7-14, I wrote Jameelah Covington, Telaqa Spencer Sister And niece 65A Mercer S.T. NWK, N.J., 22 Blum S.T. NWK, N.J.
ON THE ABOVE DATES I WROTE THEY ABOVE PEOPLE, I HAD ENVELOPES WITH THOSE ADDRESSES STAMPED AND READY TO MAIL OUT ON THE ABOVE DATES; I SUSPECT SONNY SHIELDS STOLE THOSE ADDRESS OFF THE ENVELOPES, THAT WERE FACE DOWN ON MY BUNK, WHILE I WAS PRAYING ON THE ABOVE DATES.