Rewell L Wooten
#56028-056
U.S.P
P.O. Box 1000
Lewisburg, P.A.
17837

B.O.P
OFFICE OF INTERNAL AFFAIRS
320 First Street, NW ROOM 600
WASHINGTON, D.C. 20534

    PURSUANT TO/VIOLATION OF ARTICLE 6 SECTION 2 U.S. CONSTITUTION CONVENTION AGAINST TORTURE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT; INTERNATIONAL CONVENTION ON THE ELIMINATION OF ALL FORMS OF RACIAL DISCRIMINATION; INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS; UNIVERSAL DECLARATION OF HUMAN RIGHTS; AMERICAN DECLARATION ON THE RIGHTS AND DUTIES OF MAN. ET SEQ. SEE ROPER V. SIMMONS. 125 S.Ct. 1183 (2005).
    ONGOING RETALIATION; TORTURE, CRUEL INHUMAN PUNISHMENT IS THE NATURE OF THIS COMPLAINT.

    DEAR MADAM OR SIR,
    THIS BRIEF MISSIVE IS A REQUEST FOR AN INVESTIGATION OF INTEGRITY INTO ONGOING STAFF MISCONDUCT. STAFF HAVE CONSPIRED TO "SET ME UP" AS RETALIATION. STAFF HAS EVEN OPENLY BRAGG ABOUT IT AND OPENLY STATED IT TO INMATES. STAFF HAS SUBJECT ME TO TORTURE, CRUEL INHUMAN, AND DEGRADING TREATMENT. IN ADDITION TO THIS STAFF ENPLOYED AND SUPPLYED AN INMATE WITH MY FAMILY MEMBER INFO TO HAVE A FRADGLENT MONEY WIRE SENT TO MY ACCOUNT, WHERE IT STILL SITS AS PROOF. THIS ISSUE WITH STAFF MISCONDUCT
        → OVER

AND RETALIATION DATES BACK TO 3-2013 U.S.P FLORENCE. FLORENCE WHERE THE CONSPIRACY TO SET ME UP WAS HATCHED. I PRAY THAT THIS COMPLAINT WILL NOT BE IGNORED. I TRUELY DO THANK YOU IN ADVANCE. INCLUDED IS SIX PAGES TO SUPPORT MY ALLEGATIONS.

Sincerely,
Renell Wooten
*Renell Wooten*